JEAN BAPTISTE LASSELLE, ADMINISTRATOR, ETC., OF JEAN BAPTISTE LASSELLE, DECEASED, *versus* ANTOINE LASSELLE

JOURNAL ENTRIES (1821): *Journal 3:* (1) Death suggested, substitution, transcript filed, judgment *p. 185.

PAPERS IN FILE: (1) Transcript of county court record; (2) copy of precipe in county court; (3) copy of capias in county court; (4) copy of subpoena in county court; (5) copy of appeal bond; (6) attorney's bill of fees; (7) precipe for fi. fa.; (8) taxed bill of costs.

*1821 Calendar*, MS p. 113. Recorded in *Book A*, MS pp. 84–91.

GEORGE JACOB *versus* JAMES FULTON
AND CONRAD TEN EYCK

JOURNAL ENTRIES (1821): *Journal 3:* (1) Transcript filed, judgment *p. 187.

PAPERS IN FILE: (1) Transcript of county court record; (2) precipe for execution ca. sa.; (3) writ of ca. sa. and receipts; (4) sheriff's bill of fees; (5) taxed bill of costs.

*1821 Calendar*, MS p. 114. Recorded in *Book A*, MS pp. 92–101.